UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V

Burt Kozloff

7CR 573
Docket Number & Judge

NOTICE OF APPEARANCE

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (✓) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   ( ) NO   (✓) YES,

ADMISSION MO. 5 YR 88

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK

6/26/07

SIGNATURE _[signature]_

Richard E. Signorelli
Attorney for Defendant

Law Office of Richard E. Signorelli
Firm name, if any

799 Broadway, Ste. 539
Street address

NY   NY   10003
City   State   Zip code

212 254-4218
Telephone Number