# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠  E-mail: rsignorelli@nycLITIGATOR.com℠

August 6, 2007

Via Facsimile (914) 390 4085
Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

*MEMO ENDORSED*
*Application Granted.*
*So Ordered*
*(August 7, 2007)*
*Charles L. Brieant*
*USDJ*

Re: United States v. Burt Kozloff
   07 Cr. 573 (CLB)

Dear Judge Brieant:

   I am the attorney for Burt Kozloff, the defendant in the above-referenced case. Mr. Kozloff is currently scheduled to be sentenced on October 1, 2007 at 9:00 a.m. With the Government's consent, I respectfully request that Mr. Kozloff's sentencing be adjourned for about three months, to January 2008.

   Pursuant to a plea agreement with the Government, Mr. Kozloff recently pleaded guilty to a one-count information charging him with tax evasion. In the plea agreement, Mr. Kozloff agreed to use his best efforts to pay the taxes and applicable penalties that he owes to the Internal Revenue Service ("IRS") prior to the date of his sentencing. A three-month adjournment of his sentencing will greatly assist Mr. Kozloff with regard to his commitment to pay the taxes and penalties that he owes to the IRS. For this reason, I respectfully request that Mr. Kozloff's sentencing be adjourned to January 2008. Thank you.

Respectfully,

Richard E. Signorelli

cc (via e-mail):
AUSA Perry Carbone
USPO Stephanie Dunne

SO ORDERED:

_____
U.S.D.J.