# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠  E-mail: rsignorelli@nycLITIGATOR.com℠

December 10, 2007

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

Re: United States v. Burt Kozloff
    07 Cr. 573 (CLB)

Dear Judge Brieant:

*[Handwritten memo endorsement:] MEMO ENDORSED. Application Granted. Sentencing Re-scheduled for April 22, 2008 at 9:15 AM. So Ordered. Charles L. Brieant USDJ 12/10/07*

I am the attorney for Burt Kozloff, the defendant in the above-referenced case. Mr. Kozloff is currently scheduled to be sentenced on January 9, 2008 at 9:00 a.m. <u>With the Government's consent</u>, I respectfully request that Mr. Kozloff's sentencing be adjourned for an additional three months, to April 2008.

Pursuant to a plea agreement with the Government, on June 26, 2007, Mr. Kozloff pleaded guilty to a one-count information charging him with tax evasion. In the plea agreement, Mr. Kozloff agreed to file initial or amended returns for the years 1997 through 2004 and to use his best efforts to pay the taxes and applicable penalties that he owes to the Internal Revenue Service ("IRS") prior to the date of his sentencing. This requested adjournment of his sentencing will provide additional and necessary time for Mr. Kozloff to abide by this commitment to pay the taxes and penalties that he owes to the IRS. He is in the process of borrowing money from his family in order to satisfy the foregoing financial obligations. For this reason, I respectfully request that Mr. Kozloff's sentencing be adjourned to April 2008. Thank you.

Respectfully,

Richard E. Signorelli

cc (via e-mail):
AUSA Perry Carbone
USPO Stephanie Dunne

SO ORDERED:

_____
U.S.D.J.