USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠  E-mail: rsignorelli@nycLITIGATOR.com℠

March 19, 2008

Via Facsimile 212 805 6326

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

RECEIVED
MAR 1- 2008
CHAMBERS OF
COLLEEN McMAHON

Re: United States v. Burt Kozloff
    07 Cr. 573 (CLB)

**MEMO ENDORSED**

Dear Judge McMahon:

    I am the attorney for Burt Kozloff, the defendant in the above-referenced case that was recently reassigned to Your Honor from Judge Brieant. Mr. Kozloff is currently scheduled to be sentenced on May 9, 2008 at 4:00 p.m. in White Plains.

    With the Government's consent, I respectfully request that Mr. Kozloff's sentencing be adjourned to any morning time that is convenient for the Court during the weeks of June 16 or June 23, 2008. The Government has further consented to having the sentencing take place in Manhattan if acceptable to Your Honor. The Probation Officer assigned to this case works out of the Manhattan office and Mr. Kozloff lives in Manhattan. This is the third and I believe final request for an adjournment of Mr. Kozloff's sentencing and each of the prior two requests for an adjournment were granted by Judge Brieant.[1] The requested adjournment will not affect any other scheduled dates in this case.

    Pursuant to a plea agreement with the Government, on June 26, 2007, Mr. Kozloff pleaded guilty to a one-count information charging him with tax evasion. In the plea agreement, Mr. Kozloff agreed to file initial or amended returns for the years 1997 through 2004 and to use his best efforts to pay the taxes and applicable penalties that he owes to the Internal Revenue Service ("IRS") prior to the date of his sentencing. Mr. Kozloff has now filed each of the

---

[1] An additional and relatively brief adjournment of Mr. Kozloff's sentencing also took place in connection with the reassignment of this case to Your Honor.

required returns. This requested adjournment of his sentencing will provide additional and necessary time for Mr. Kozloff to abide by the commitment to pay at least a material portion of the taxes and penalties that he owes to the IRS. He is in the process of borrowing a significant amount of money from his family in order to satisfy the foregoing financial obligations. I am also requesting an adjournment because of a number of scheduling conflicts that I will be experiencing this Spring from my other professional obligations including a scheduled trial in April.

       For the foregoing reasons, I respectfully request that Mr. Kozloff's sentencing be adjourned as requested herein. Thank you for your consideration of this request.

Respectfully,

Richard E. Signorelli

cc (via e-mail):
AUSA Perry Carbone
USPO Stephanie Dunne
Mr. Burt Kozloff

Matter Adj to June 20, 2008 at 9:30 am.

SO ORDERED:

_____
U.S.D.J.

3-24-08

2