# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003

Telephone. (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396

Website: www.nycLITIGATOR.com<sup>SM</sup>   E-mail: rsignorelli@nycLITIGATOR.com<sup>SM</sup>

**MEMO ENDORSED**

FILED MAY 29 2008 S.D. W.P. OF N.Y.

May 22, 2008

<u>Via Facsimile 212 805 6326 & 914 390 4180</u>

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

   Re: <u>United States v. Burt Kozloff</u>
     07 Cr. 573 (CLB)

Dear Judge McMahon:

  I am the attorney for Burt Kozloff, the defendant in the above-referenced case that was reassigned to Your Honor from Judge Brieant. Mr. Cruz has recently informed the parties that Mr. Kozloff's sentencing has been rescheduled to June 27, 2008 at 2:45 p.m. in White Plains.

  With the Government's consent and because of scheduling conflicts, I respectfully request a relatively brief adjournment of this sentencing date to anytime on either the dates of July 9 or July 10, 2008, if such dates are convenient for Your Honor, or a later date if necessary. I also respectfully request that the sentencing take place at the Manhattan Courthouse subject to Your Honor's approval. Mr. Kozloff lives in Manhattan, the Presentence Report was prepared by Officer Stephanie Dunne who is assigned to the Manhattan Probation Office, Mr. Kozloff's Pretrial Services Officer is also assigned to the Manhattan Pretrial Services Office, and my office is located near the Manhattan Courthouse. Assistant U.S. Attorney Perry Carbone has graciously

consented to have the sentencing take place in Manhattan as well. Thank you for your consideration of these requests.

Respectfully,

Richard E. Signorelli

cc (via e-mail):

AUSA Perry Carbone
USPO Stephanie Dunne
Mr. Burt Kozloff

Matter adjourned to September 12, 2008 at 2:00 pm, in White Plains

SO ORDERED:

_____
U.S.D.J.
05-29-08

2